UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GOMEZ-LUVIANO,<br>Petitioner,<br>v.<br>TODD BLANCHE,<br>Respondents. | No. 1:26-cv-04787-DJC-SCR<br><br>ORDER |

On June 22, 2026, Petitioner filed a Petition for Writ of Habeas Corpus arguing that Petitioner has been unlawfully detained without a constitutionally adequate bond hearing. (ECF No. 1.) Based on the information in the Petition, the Court ordered a return under 28 U.S.C. § 2243. (ECF No. 5.) In their Response to that Order, Respondents noted that Petitioner was subject to mandatory detention under 8 U.S.C. § 1226(c)(1)(A) based on his prior convictions. (ECF No. 7 at 2.) Petitioner did not contest the accuracy of this assessment or otherwise respond.

Based on the information presently before the Court, it appears Respondents are correct that Petitioner is subject to mandatory detention under section 1226(c). In the absence of evidence or argument to the contrary, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED. This denial is without

prejudice to Petitioner seeking habeas relief on any other ground. The Clerk of the Court is directed to close this case. This Order resolved all pending Motions.

IT IS SO ORDERED.

Dated: **July 15, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE